UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YOVANNY ALEXIS CHACIN-CASTILLO,<br><br>Petitioner,<br><br>v.<br><br>BRUCE SCOTT, et al.,<br><br>Respondents. | CASE NO. 2:26-cv-03165-JNW<br><br>ORDER |

On September 2, 2026, Petitioner Yovanny Alexis Chacin-Castillo's Next Friend filed a habeas petition on her behalf. Dkt. No. 1. The Court ordered Respondents to show cause why it should not be granted. Dkt. No. 2. On September 16, 2026, the Respondents answered that Chacin-Castillo had been transferred to Calexico, California, before the habeas petition was filed. Dkt. Nos. 5; 6.

Because Chacin-Castillo was not in this district when the petition was filed, this Court lacks jurisdiction over the petition. *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004); *Zambrano Vivas v. Warden of Nw. ICE Processing Ctr.*, No. C26-1011-KKE, 2026 WL 938242, at *1 (W.D. Wash. Apr. 7, 2026). As Calexico is in Imperial County California, transfer of the petition to the Southern District of California is

in the interest of justice. 28 U.S.C.A. § 84(d) (The Southern District of California includes Imperial County); 28 U.S.C. § 1631 (When a civil action is filed in a court that lacks jurisdiction, "the court shall, if it is in the interest of justice, transfer such action" to a court "in which the action . . . could have been brought at the time it was filed[.]").

Accordingly, the Clerk of the Court is DIRECTED to transfer this case to the Southern District of California for all further proceedings. After the transfer, the Clerk will CLOSE this case.

Dated this 21st day of September, 2026.

Jamal N. Whitehead
United States District Judge